IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ELLIOTT,<br><br>   Plaintiff,<br><br>   v.<br><br>M. CAMPOSE,<br><br>   Defendant. | No. 2:22-CV-1236-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 11, seeking video footage from August 7, 2022.

Plaintiff's motion is denied. First, to the extent Plaintiff seeks discovery, the motion is premature and improper because no answer has been filed, discovery has not yet opened, and discovery requests must be served on opposing parties and not the Court. Second, it is not clear how footage from August 2022 is relevant to this case which was filed in July 2022 and alleges an incident occurring on June 21, 2022. See ECF No. 1.

IT IS SO ORDERED.

Dated: September 12, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE