IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHRISTOPHER ELLIOTT,** | 2:22-cv-01236-DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **M. CAMPOSE,** | |
| Defendant. | |

**GOOD CAUSE APPEARING** for Defendant's requested extension of time to file a responsive pleading, based on counsel's declaration indicating a staffing shortage in the Correctional Law Section of the Office of the California Attorney General, Defendant's motion, ECF No. 18, for an extension of time is granted. The deadline for Defendant to file a responsive pleading is extended to March 20, 2023.

Dated:  December 13, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE