**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

CHRISTOPHER ELLIOTT,

Plaintiff,

v.

M. CAMPOSE,

Defendant.

No. 2:22-CV-1236-KJM-DMC-P

ORDER

Plaintiff Christopher Elliot, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendant's motion to opt-out of the Court's Early Alternative Dispute Resolution program. See ECF No. 38. Good cause appearing therefor, Defendant's motion will be granted, the stay of proceeding will be lifted, and by separate order the Court will set a schedule for this litigation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's motion to opt-out of the Court's Early Alternative Dispute Resolution program, ECF No. 38, is GRANTED.

2. The stay of proceedings imposed on May 8, 2024, is LIFTED.

Dated: June 13, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE