IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ELLIOTT,<br><br>             Plaintiff,<br><br>       v.<br><br>M. CAMPOSE,<br><br>             Defendant. | No.  2:22-cv-1236-DC-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS<br><br>(ECF Nos. 44, 49, 54) |

Plaintiff Christopher Elliot, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

On November 26, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  ECF No. 54.  No objections to the findings and recommendations have been filed, and the time in which to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED as follows:

1.       The findings and recommendations filed November 26, 2025, ECF No. 54, are

1

ADOPTED;

2. Defendant's motion for summary judgment, ECF No. 44, is GRANTED;

3. Defendant's motion for terminating sanctions, ECF No. 49, is DENIED as MOOT;

4. The Clerk of the Court is directed to enter judgment in favor of Defendant and close this case.


IT IS SO ORDERED.

Dated:   **March 30, 2026**                          _____

Dena Coggins
United States District Judge

2